IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STEVEN BRECKENRIDGE, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. CIV-13-1275-C |
| PERRY POLICE DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Suzanne Mitchell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). On May 27, 2014, Judge Mitchell entered a Report and Recommendation concluding that because Plaintiff had not paid the initial filing fee as ordered, the action should be dismissed without prejudice. Plaintiff has not filed an objection.

Accordingly, the Report and Recommendation is adopted, and this action is dismissed without prejudice.

IT IS SO ORDERED this 20th day of June, 2014.

ROBIN J. CAUTHRON
United States District Judge